**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William R. Harris, Jr. | : | Case No: 16-16369-amc |
| | : | |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kim Y. Brand, Bankruptcy Legal Assistant, hereby certify that a true and correct copy of *Frist Second Amended Chapter 13 Plan* was served on May 24, 2017 by First Class U.S. Mail to the parties listed on the attached service list:

/s/ Kim Y. Brand
Kim Y. Brand, Bankruptcy Legal Assistant
Spear Wilderman, P C
230 S. Broad Street, Suite 1400
Philadelphia., PA 19102

Date: August 14, 2017

**Service List**

<u>William R. Harris , Jr. Chapter 13 Case No. 16-16369 - amc</u>

<u>Trustee</u>

William C. Miller, Esquire
Standing Chapter 13
1234 Market Street, Suite 1813
Philadelphia, PA 19107


<u>Counsel for Credit Acceptance</u>
William E. Craig, Esq.
Morton & Craig, LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057


<u>Counsel for U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, Pursuant to a Trust Indenture Dated as of April 1, 1982</u>
Matteo S. Weiner, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

<u>Creditors</u>

City of Philadelphia Dept. of Revenue
P.O. Box 41496
Philadelphia, PA 19176-1087

Credit Acceptance Corporation
P.O. Box 551888
Detroit, MI 48255-1888

IRS
Department of Treasury
P.O. Box 9052
Andover, MA 01810

KML Law Group, P.C.
Suite 5000,BNY
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

PECO
P.O. Box 13439
Philadelphia, PA 19101

Pennsylvania Housing Finance Agency
211 North Front Street/PO Box 15057
Harrisburg, PA 17105-5057

Philadelphia Gas Works
1800 N. 9th Street
Philadelphia, PA 19122

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197